UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG                    MDL No. 2179
    "DEEPWATER HORIZON" in the
    Gulf of Mexico on April 20, 2010

Applies to:                                        JUDGE BARBIER
12-CV-968: BELO                                    MAG. JUDGE WILKINSON
AND
All BELO cases included in the attached lists.

## ORDER

Defense counsel has advised that plaintiffs in 558 BELO cases[1] have either failed to provide initial disclosures required by BELO Case Management Order ("CMO") No. 1, or have provided disclosures that are deficient and incomplete. Record Doc. No. 25601 in 10-md-2179. Accordingly, pursuant to BELO CMO #2, **IT IS ORDERED THAT**, no later than **JULY 1, 2019**, plaintiffs in the attached lists must provide full and complete initial disclosures. Failure to provide the disclosures by the above date will result in an order that plaintiffs and their counsel must appear in person before Judge Barbier to show cause why their cases should not be dismissed for failure to prosecute and/or pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

    **IT IS FURTHER ORDERED THAT,** as to all of the listed cases in which plaintiffs produce full and complete disclosures in compliance with this order, the

---

[1] The Clerk is directed to file and docket this order in MDL No. 10-2179 and in the individual cases in the attached lists.

deadline by which the parties must submit their venue filing is extended to no later than

**July 31, 2019.**

New Orleans, Louisiana, this _____4th_____ day of June, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

|     | Docket Number | Plaintiff | Plaintiff's Counsel |
| --- | --- | --- | --- |
| 1. | 18-14223 | Lay, Vernon Lanard | The Nations Law Firm |
| 2. | 18-14226 | Taranto, Richard John, Jr | The Nations Law Firm |
| 3. | 19-00148 | Jerritt, David | The Downs Law Group |
| 4. | 19-00490 | Gibson, Larry Anthony | The Nations Law Firm |
| 5. | 19-00523 | Alvarado-Velasquez, Reina Yadira | The Downs Law Group |
| 6. | 19-00524 | Dominguez, Jorge Alexander | The Downs Law Group |
| 7. | 19-00526 | Perez, Islay Barbaro | The Downs Law Group |
| 8. | 19-00530 | Paredes, Dilcia Guardado | The Downs Law Group |
| 9. | 19-00532 | De La Cruz-Almanzar, Arido | The Downs Law Group |
| 10. | 19-00533 | Leon, Odalys | The Downs Law Group |
| 11. | 19-00534 | Rodriguez, Patriial Mercedes M. | The Downs Law Group |
| 12. | 19-00537 | Rubi, Maria | The Downs Law Group |
| 13. | 19-00538 | Corrales, Bernardo | The Downs Law Group |
| 14. | 19-00539 | Garcia, Maria Vasquez | The Downs Law Group |
| 15. | 19-00541 | Pelegrino-Montero, Emilio Robe | The Downs Law Group |
| 16. | 19-00542 | Tax, Guillermo Alfredo | The Downs Law Group |
| 17. | 19-00543 | Maldonado, Obdulio | The Downs Law Group |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 18. | 19-00545 | Santos, Angel Estevan Rubio | The Downs Law Group |
| 19. | 19-00546 | Ford, Robert Lawrence | The Downs Law Group |
| 20. | 19-00547 | Hidalgo, Misdeny | The Downs Law Group |
| 21. | 19-00548 | LaFortune, Alex | The Downs Law Group |
| 22. | 19-00549 | Merrick, Shelbert Marlon | The Downs Law Group |
| 23. | 19-00550 | Reeves, Samuel | The Downs Law Group |
| 24. | 19-00551 | Lopez, Jose Montes | The Downs Law Group |
| 25. | 19-00552 | Ruiz, Mauricio | The Downs Law Group |
| 26. | 19-00553 | Nieto Amaya, Francisco | The Downs Law Group |
| 27. | 19-00554 | Sims, Jeremy Paul | The Downs Law Group |
| 28. | 19-00555 | Sorto Munoz, Orlando | The Downs Law Group |
| 29. | 19-00556 | Newman, Gregory | The Downs Law Group |
| 30. | 19-00558 | Sanchez, Luis Enrique Navas | The Downs Law Group |
| 31. | 19-00559 | Pistorio, Jr., Leonard | The Downs Law Group |
| 32. | 19-00562 | Hernandez, Pedro U Pavon | The Downs Law Group |
| 33. | 19-00564 | Dudley, Marcellous | The Downs Law Group |
| 34. | 19-00568 | Thompson, Suzanne | The Downs Law Group |
| 35. | 19-00571 | Tubbs, Travis Allen | The Downs Law Group |
| 36. | 19-00572 | Westry, Nettie Ruth | The Downs Law Group |
| 37. | 19-00573 | Jackson, Willie Mike | The Downs Law Group |
| 38. | 19-00574 | Seijas, Edgar Gregorio | The Downs Law Group |
| 39. | 19-00575 | Whitfield III, Dallas Edward | The Downs Law Group |
| 40. | 19-00576 | Reyna, Oscar | The Downs Law Group |
| 41. | 19-00577 | Bogan, Carlos | The Downs Law Group |
| 42. | 19-00578 | Cardenas, Ana Mercedes | The Downs Law Group |
| 43. | 19-00581 | Miraldo, Kewin | The Downs Law Group |
| 44. | 19-00582 | Coronado, Horacio | The Downs Law Group |
| 45. | 19-00584 | Polo, Octavio Arteta | The Downs Law Group |
| 46. | 19-00587 | Lainez, Guadalupe | The Downs Law Group |
| 47. | 19-00589 | Lopez, Jorge Guerrero | The Downs Law Group |
| 48. | 19-00590 | Gomez, Hector De Jesus Garzon | The Downs Law Group |
| 49. | 19-00591 | Perdue, Jacob Jerome | The Downs Law Group |
| 50. | 19-00592 | Romero, Samuel Lara | The Downs Law Group |
| 51. | 19-00595 | Matute, Fredy | The Downs Law Group |
| 52. | 19-00597 | Oviedo, Leda A. | The Downs Law Group |
| 53. | 19-00598 | Jimenez, Nulvin | The Downs Law Group |
| 54. | 19-00622 | Portillo, Gloria | The Downs Law Group |
| 55. | 19-00624 | Cerrato, Jeronimo | The Downs Law Group |
| 56. | 19-00625 | Fernandez-Alvarez, Lorenzo | The Downs Law Group |
| 57. | 19-00626 | Mendoza, Abel Rico | The Downs Law Group |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 58. | 19-00627 | Coleman, Thomas Mitch | The Downs Law Group |
| 59. | 19-00628 | Incer, Eduardo E. | The Downs Law Group |
| 60. | 19-00629 | Lester, Robin Darlene | The Downs Law Group |
| 61. | 19-00698 | Calandra Ikner (on behalf of Emett Stromas) | The Nations Law Firm |
| 62. | 19-00714 | Mitchell, Timothy G. | The Nations Law Firm |
| 63. | 19-00716 | Higgins, Henry Michael | The Nations Law Firm |
| 64. | 19-00768 | Garcia-Chicano, Dashiell | The Downs Law Group |
| 65. | 19-00773 | Garcia, Jose Fernando | The Downs Law Group |
| 66. | 19-00775 | Albelo, Dadiel | The Downs Law Group |
| 67. | 19-00777 | Gutierrez, Amilcar | The Downs Law Group |
| 68. | 19-00781 | Gonzalez, Richard Youany | The Downs Law Group |
| 69. | 19-00783 | Pitts, Holllis | The Downs Law Group |
| 70. | 19-00786 | Rogers, Frank | The Downs Law Group |
| 71. | 19-00788 | Betancourth, Job | The Downs Law Group |
| 72. | 19-00789 | Black, Laconte Makee | The Downs Law Group |
| 73. | 19-00790 | Collums, Kenneth | The Downs Law Group |
| 74. | 19-00791 | Sanchez, Erick Anthony | The Downs Law Group |
| 75. | 19-00792 | Gonzalez, Emil | The Downs Law Group |
| 76. | 19-00794 | Smith, Brian Scott | The Downs Law Group |
| 77. | 19-00795 | Pineda-Rodriguez, Armando | The Downs Law Group |
| 78. | 19-00796 | Causey, Billy Ray | The Downs Law Group |
| 79. | 19-00798 | Williams, David | The Downs Law Group |
| 80. | 19-00799 | Shanks, Cynthia Coats | The Downs Law Group |
| 81. | 19-00800 | Martir, Giovanni Xavier | The Downs Law Group |
| 82. | 19-00801 | Blount, Larry Eugene | The Downs Law Group |
| 83. | 19-00802 | Robbins, Douglas Jerome | The Downs Law Group |
| 84. | 19-00804 | Sommer, Jason Edward | The Downs Law Group |
| 85. | 19-00881 | Adams, Ricky Darnell | The Nations Law Firm |
| 86. | 19-00886 | Alexie, Brian Anthony | The Nations Law Firm |
| 87. | 19-00890 | Alfonso, Jesse Nelson | The Nations Law Firm |
| 88. | 19-00891 | Allen, Semikalove Almalethia | The Nations Law Firm |
| 89. | 19-00894 | Allison, William Thomas | The Nations Law Firm |
| 90. | 19-00895 | Anderson, David Michael | The Nations Law Firm |
| 91. | 19-00898 | Austin, Loren Aaron | The Nations Law Firm |
| 92. | 19-00899 | Authement, Dudley Paul Jr. | The Nations Law Firm |
| 93. | 19-00901 | Ayala, Domingo | The Nations Law Firm |
| 94. | 19-00904 | Anderson, Cheryl Sip | The Nations Law Firm |
| 95. | 19-00912 | Baird, Paula Darlene | The Nations Law Firm |
| 96. | 19-00913 | Barber, Devin Lee | The Nations Law Firm |

|  | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 97. | 19-00914 | Barfield, Deborah Lynn | The Nations Law Firm |
| 98. | 19-00916 | Barthelemy, Bobbie Joe | The Nations Law Firm |
| 99. | 19-00918 | Bennett, Jr., Harlon Ray | The Nations Law Firm |
| 100. | 19-00920 | Berry, Tammie Denelle | The Nations Law Firm |
| 101. | 19-00921 | Bates, Jonathan David Christop | The Nations Law Firm |
| 102. | 19-00924 | Biondolillo, David Anthony | The Nations Law Firm |
| 103. | 19-00925 | Blackmon, Kevin | The Nations Law Firm |
| 104. | 19-00926 | Boone, Stephen Deshaun | The Nations Law Firm |
| 105. | 19-00927 | Bounds, Bradley Elwin | The Nations Law Firm |
| 106. | 19-00928 | Bourdier, William | The Nations Law Firm |
| 107. | 19-00929 | Bowen, Tracy Mikeal | The Nations Law Firm |
| 108. | 19-00930 | Bradley Jr., Ernest Calvin | The Nations Law Firm |
| 109. | 19-00934 | Brightwell, Eddie Wilbon | The Nations Law Firm |
| 110. | 19-00938 | Burrell, Cleophas | The Nations Law Firm |
| 111. | 19-00939 | Caristi, Robert Francis III | The Nations Law Firm |
| 112. | 19-00940 | Carter,  Darrell Devan | The Nations Law Firm |
| 113. | 19-00941 | Carter, Glenda Verdin | The Nations Law Firm |
| 114. | 19-00943 | Causey, David Hunter Jr. | The Nations Law Firm |
| 115. | 19-00944 | Chambers, Daniel Wesley | The Nations Law Firm |
| 116. | 19-00945 | Chambliss, Richard Allen | The Nations Law Firm |
| 117. | 19-00947 | Chasen, Tonia Marie | The Nations Law Firm |
| 118. | 19-00948 | Cheatum, Michelle Nicole | The Nations Law Firm |
| 119. | 19-00951 | Cook, Jonathan Leisaac | The Nations Law Firm |
| 120. | 19-00952 | Cuchiara, Patrick Anthony | The Nations Law Firm |
| 121. | 19-00953 | Dees, Donald Reginald | The Nations Law Firm |
| 122. | 19-00954 | Dennis, Karen Jerraine | The Nations Law Firm |
| 123. | 19-00955 | Devalk, Jeffrey | The Nations Law Firm |
| 124. | 19-00956 | Dinet, Patrick McKay Jr. | The Nations Law Firm |
| 125. | 19-00957 | Dixon, Howard Wayne | The Nations Law Firm |
| 126. | 19-00959 | Dunning, Paul Edward | The Nations Law Firm |
| 127. | 19-00960 | Peters, Charles L. (on behalf of the estate of Charles Barnard Williams Jones) | The Nations Law Firm |
| 128. | 19-00961 | Patton, Michael Leroy | The Nations Law Firm |
| 129. | 19-00963 | Pellegrin, Lee John | The Nations Law Firm |
| 130. | 19-00965 | Plofchon, Eric George | The Nations Law Firm |
| 131. | 19-00966 | Porterfield, John Christopher | The Nations Law Firm |
| 132. | 19-00967 | Poole, James Lee, Jr. | The Nations Law Firm |
| 133. | 19-00968 | Portier, Ted Anthony | The Nations Law Firm |
| 134. | 19-00969 | Radcliff, Randy Olando | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 135. | 19-00970 | Ray, Andrew Lamar | The Nations Law Firm |
| 136. | 19-00971 | Reeves, Wesley Lamar, Jr. | The Nations Law Firm |
| 137. | 19-00972 | Rembert, Antonio Demetric | The Nations Law Firm |
| 138. | 19-00974 | Rhodes, Marcus Deon | The Nations Law Firm |
| 139. | 19-00975 | Richardson, Norman Jr. | The Nations Law Firm |
| 140. | 19-00976 | Robinson, Herman Willie Jr. | The Nations Law Firm |
| 141. | 19-00977 | Robinson, Robert | The Nations Law Firm |
| 142. | 19-00978 | Rodrigue, Craig Anthony | The Nations Law Firm |
| 143. | 19-00979 | Rooney, Terri Lynn | The Nations Law Firm |
| 144. | 19-00984 | Dauser, Steven Kent | The Nations Law Firm |
| 145. | 19-00989 | Chaisson, Maggie Ratley | The Nations Law Firm |
| 146. | 19-00997 | Ellis, Jevor | The Nations Law Firm |
| 147. | 19-00999 | Nguyen, Xuong Van | The Nations Law Firm |
| 148. | 19-01000 | Sampson-Dees, Vida Melissa | The Nations Law Firm |
| 149. | 19-01001 | Sanders, Sherri Lynn | The Nations Law Firm |
| 150. | 19-01002 | Sarisun, Jaruwan | The Nations Law Firm |
| 151. | 19-01004 | Schwendeman, Glenda Lee | The Nations Law Firm |
| 152. | 19-01005 | Scott, Jacob Todd | The Nations Law Firm |
| 153. | 19-01006 | Smith, Antonio DeShawn | The Nations Law Firm |
| 154. | 19-01007 | Smith, Roy Clarence | The Nations Law Firm |
| 155. | 19-01009 | Ta, Eva Michelle | The Nations Law Firm |
| 156. | 19-01011 | Smith, Sean Paul | The Nations Law Firm |
| 157. | 19-01013 | Thomas, Cory Joshua | The Nations Law Firm |
| 158. | 19-01015 | Winston Jr., James Lynn | The Nations Law Firm |
| 159. | 19-01017 | Ramiriez, Roberto Jr. | Amaro Law Firm |
| 160. | 19-01019 | Carmadelle, Anthony Joseph | The Nations Law Firm |
| 161. | 19-01026 | Eager, Brandon Harris | The Nations Law Firm |
| 162. | 19-01027 | Eley, Thomas Collins | The Nations Law Firm |
| 163. | 19-01029 | Ely, Donavette Maria | The Nations Law Firm |
| 164. | 19-01030 | Evans, Joseph Owens | The Nations Law Firm |
| 165. | 19-01033 | Expose, Angela | The Nations Law Firm |
| 166. | 19-01039 | Furby, Michael Ruben | The Nations Law Firm |
| 167. | 19-01041 | Finklea, James Javince | The Nations Law Firm |
| 168. | 19-01042 | Gautreaux, Jeffrey Allen | The Nations Law Firm |
| 169. | 19-01043 | Giuffria, Marshall Sturges | The Nations Law Firm |
| 170. | 19-01044 | Green, Bobby Earl | The Nations Law Firm |
| 171. | 19-01047 | Hawkins, Sidney Daniel Jr. | The Nations Law Firm |
| 172. | 19-01049 | Hayes, Sonja Denise | The Nations Law Firm |
| 173. | 19-01050 | Higgins, Charles Bert | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 174. | 19-01051 | Horace, Dejuan Frank | The Nations Law Firm |
| 175. | 19-01052 | Hunter, Stanley Roy III | The Nations Law Firm |
| 176. | 19-01053 | Huynh, Lam Than Huynh | The Nations Law Firm |
| 177. | 19-01055 | Huynh, Minh Cong | The Nations Law Firm |
| 178. | 19-01057 | Janey, Teresa Rachele | The Nations Law Firm |
| 179. | 19-01058 | Jefferson, Danielle Lachandra | The Nations Law Firm |
| 180. | 19-01059 | Jerkins, Carlos | The Nations Law Firm |
| 181. | 19-01060 | Johnson, David Paul | The Nations Law Firm |
| 182. | 19-01061 | Johnson, Freddie Geneieve | The Nations Law Firm |
| 183. | 19-01062 | Johnson, Michael Lawrence | The Nations Law Firm |
| 184. | 19-01063 | Jones, Erica Renea | The Nations Law Firm |
| 185. | 19-01064 | Lafrance, Carlton Michael | The Nations Law Firm |
| 186. | 19-01065 | Lamark, Sequille ONeil | The Nations Law Firm |
| 187. | 19-01066 | Lenormand, Charles Evans Jr. | The Nations Law Firm |
| 188. | 19-01067 | Leblanc, Madeline Theresa | The Nations Law Firm |
| 189. | 19-01068 | Ledbetter, Kyle Allen | The Nations Law Firm |
| 190. | 19-01069 | Leslie, Fred D. Jr. | The Nations Law Firm |
| 191. | 19-01070 | Jones, Harrison Jr. | The Nations Law Firm |
| 192. | 19-01071 | Lindsey, Vanessa Fay | The Nations Law Firm |
| 193. | 19-01072 | Wroten, Arabian Lajhan | The Nations Law Firm |
| 194. | 19-01073 | Willis, Kendarrien Maurice | The Nations Law Firm |
| 195. | 19-01074 | Jones, Reginald Earl | The Nations Law Firm |
| 196. | 19-01075 | Jones, III, Samuel | The Nations Law Firm |
| 197. | 19-01076 | Jones, Walter Edward | The Nations Law Firm |
| 198. | 19-01078 | Kap, Chhann | The Nations Law Firm |
| 199. | 19-01079 | Khath, Chahhak Nget | The Nations Law Firm |
| 200. | 19-01080 | Kidd, Miquel Feliciano | The Nations Law Firm |
| 201. | 19-01083 | Knight, John William | The Nations Law Firm |
| 202. | 19-01084 | Koloszar, Bonnie Marie | The Nations Law Firm |
| 203. | 19-01085 | Nye, Charles Taylor | The Nations Law Firm |
| 204. | 19-01088 | Palmer, Shamika Renee | The Nations Law Firm |
| 205. | 19-01089 | Parker, Derek Trendelle | The Nations Law Firm |
| 206. | 19-01090 | Parmar, Mina Golemon | The Nations Law Firm |
| 207. | 19-01091 | Lockley, Noah | The Nations Law Firm |
| 208. | 19-01092 | Lohmeyer, John David | The Nations Law Firm |
| 209. | 19-01093 | Lowe, Richard Colby | The Nations Law Firm |
| 210. | 19-01094 | Ly, Tai Cong | The Nations Law Firm |
| 211. | 19-01096 | Magee, Doretha Lashae | The Nations Law Firm |
| 212. | 19-01099 | Marshall, Emmanuel Maurice | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 213. | 19-01100 | Martin, Ferrell Joseph | The Nations Law Firm |
| 214. | 19-01101 | Matherne, Ian Paul | The Nations Law Firm |
| 215. | 19-01102 | Mayfield, Laurence James | The Nations Law Firm |
| 216. | 19-01103 | Scott, Larry Neal | The Nations Law Firm |
| 217. | 19-01104 | Sellers, Aaron Lavon | The Nations Law Firm |
| 218. | 19-01106 | Simmons, James Andrews | The Nations Law Firm |
| 219. | 19-01107 | Smith, Curtis Douglas | The Nations Law Firm |
| 220. | 19-01108 | Smith, James Luther | The Nations Law Firm |
| 221. | 19-01109 | Tan, Vichet | The Nations Law Firm |
| 222. | 19-01110 | Simon, John James | The Nations Law Firm |
| 223. | 19-01111 | Stallworth, Reginald | The Nations Law Firm |
| 224. | 19-01112 | Williams, Terrance Renee | The Nations Law Firm |
| 225. | 19-01113 | Williams, Eulanda Lynn | The Nations Law Firm |
| 226. | 19-01114 | Wilkerson, Johnnie Edwards | The Nations Law Firm |
| 227. | 19-01116 | White, Marcus Jr. | The Nations Law Firm |
| 228. | 19-01118 | Weaver, Ernest Charles Jr. | The Nations Law Firm |
| 229. | 19-01120 | Watson, Derrick Jamale | The Nations Law Firm |
| 230. | 19-01121 | Washington, Kenneth Tremaine | The Nations Law Firm |
| 231. | 19-01122 | Underwood, Edna Ruth | The Nations Law Firm |
| 232. | 19-01123 | Tran, Timmy | The Nations Law Firm |
| 233. | 19-01124 | Tran, Nhe | The Nations Law Firm |
| 234. | 19-01125 | Tolbert, Alan Clay | The Nations Law Firm |
| 235. | 19-01126 | Thrift, Chad Ray | The Nations Law Firm |
| 236. | 19-01128 | Nguyen, Toan | The Nations Law Firm |
| 237. | 19-01129 | Nelson, Pamela Fitzsimmons | The Nations Law Firm |
| 238. | 19-01130 | Nelson, Chester Royal | The Nations Law Firm |
| 239. | 19-01132 | Myers, Maleshia Janell | The Nations Law Firm |
| 240. | 19-01133 | Thomas, Cornelius Arlando | The Nations Law Firm |
| 241. | 19-01134 | Terluin, Justin Michael | The Nations Law Firm |
| 242. | 19-01135 | Teague, Katie Lee | The Nations Law Firm |
| 243. | 19-01137 | Tatum, Isiah Elijah | The Nations Law Firm |
| 244. | 19-01138 | Tanner, William Louis | The Nations Law Firm |
| 245. | 19-01139 | Sutton, Sanovia Amanda | The Nations Law Firm |
| 246. | 19-01140 | Styron, Shannon Denise | The Nations Law Firm |
| 247. | 19-01141 | Stouder, Frank Jay III | The Nations Law Firm |
| 248. | 19-01142 | Stoker, Tiffany Deloris | The Nations Law Firm |
| 249. | 19-01143 | Duplantis, Christopher | The Nations Law Firm |
| 250. | 19-01144 | McCall, Reshad Deandre | The Nations Law Firm |
| 251. | 19-01145 | McCants, Kejuan Lemar | The Nations Law Firm |



| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 252. | 19-01146 | McCants, Robert | The Nations Law Firm |
| 253. | 19-01147 | McClain, Eric Donnell | The Nations Law Firm |
| 254. | 19-01148 | McKinnis, Uesamah Qahir Traylor | The Nations Law Firm |
| 255. | 19-01149 | McMillian-Evans, Bridget Deanne | The Nations Law Firm |
| 256. | 19-01150 | Melerine, Wilson W. | The Nations Law Firm |
| 257. | 19-01151 | Miranda, Rafael Briones | The Nations Law Firm |
| 258. | 19-01152 | Mitchell, Tony Arlando Jr. | The Nations Law Firm |
| 259. | 19-01153 | Molinere, Clark Joseph Jr | The Nations Law Firm |
| 260. | 19-01154 | Monceaux, Timothy Alan | The Nations Law Firm |
| 261. | 19-01155 | Moore, Elton Rockie | The Nations Law Firm |
| 262. | 19-01156 | Moore, Troy Sinclair | The Nations Law Firm |
| 263. | 19-01157 | Moorer, Robert Shaunta | The Nations Law Firm |
| 264. | 19-01159 | Morehead, Ronald Dewayne | The Nations Law Firm |
| 265. | 19-01160 | Moton, Sabrina Shanta | The Nations Law Firm |
| 266. | 19-01161 | Myers, Erica Lynette | The Nations Law Firm |
| 267. | 19-01187 | Garcia, German | The Downs Law Group |
| 268. | 19-01188 | Clay, Dwayne Cardell | The Downs Law Group |
| 269. | 19-01189 | McGrew, Dewayne | The Downs Law Group |
| 270. | 19-01190 | Gerkin, Travis R. | The Downs Law Group |
| 271. | 19-01202 | Jarrell, Freddie Leon | The Downs Law Group |
| 272. | 19-01203 | Rubi, Lourdes | The Downs Law Group |
| 273. | 19-01204 | Moreta, Franklin Betance | The Downs Law Group |
| 274. | 19-01205 | Gregory, Marshall David | The Downs Law Group |
| 275. | 19-01245 | Adams, Larry Lee | The Nations Law Firm |
| 276. | 19-01246 | Agee, David Earl Jr. | The Nations Law Firm |
| 277. | 19-01247 | Amrhein, Eugene Joseph | The Nations Law Firm |
| 278. | 19-01248 | Barber, Franklin Delon | The Nations Law Firm |
| 279. | 19-01250 | Batiste, Brionna Lynn | The Nations Law Firm |
| 280. | 19-01251 | Bell, Gilton Armahd | The Nations Law Firm |
| 281. | 19-01256 | Bellow, David June | The Nations Law Firm |
| 282. | 19-01257 | Bolton, Candice Latrise | The Nations Law Firm |
| 283. | 19-01258 | Brewer, Kimberly Diann | The Nations Law Firm |
| 284. | 19-01261 | Bui, Sang Thanh | The Nations Law Firm |
| 285. | 19-01266 | Couch, Larry Thomas | The Nations Law Firm |
| 286. | 19-01267 | Delle, Michael Anthony | The Nations Law Firm |
| 287. | 19-01269 | Evans, Lester James Jr. | The Nations Law Firm |
| 288. | 19-01270 | Evans, Rachael Morales | The Nations Law Firm |
| 289. | 19-01271 | Everhart, Ezzer Charles | The Nations Law Firm |

|      | Docket Number | Plaintiff | Plaintiff's Counsel |
|------|---------------|-----------|---------------------|
| 290. | 19-01274 | Fairley, Natalie Resha | The Nations Law Firm |
| 291. | 19-01275 | Farac, Joseph Anthony | The Nations Law Firm |
| 292. | 19-01276 | Farrar, Lourinda Paulette | The Nations Law Firm |
| 293. | 19-01299 | Gardner, Mortagus Renard | The Nations Law Firm |
| 294. | 19-01302 | Gray, Glerford III | The Nations Law Firm |
| 295. | 19-01303 | Harris, Robert Anthony | The Nations Law Firm |
| 296. | 19-01307 | Nguyen, John Lee | The Nations Law Firm |
| 297. | 19-01308 | Naquin, Kerry Mike | The Nations Law Firm |
| 298. | 19-01310 | Morales, Jennifer Lynn | The Nations Law Firm |
| 299. | 19-01312 | Mike, Desiree Anise | The Nations Law Firm |
| 300. | 19-01315 | McFarlin, Jason Lamar | The Nations Law Firm |
| 301. | 19-01316 | Matthews, Kevin Andre | The Nations Law Firm |
| 302. | 19-01317 | Long, Rachel Galilee | The Nations Law Firm |
| 303. | 19-01318 | Lefebvre, Kennth Joseph Jr. | The Nations Law Firm |
| 304. | 19-01319 | Landry, Herman Mark | The Nations Law Firm |
| 305. | 19-01322 | Kline, Mark Arthur | The Nations Law Firm |
| 306. | 19-01323 | Kirkland, Robert Mann, III | The Nations Law Firm |
| 307. | 19-01324 | Keys, Niiesha Sharmane | The Nations Law Firm |
| 308. | 19-01325 | Jordan, Phillip Annoy | The Nations Law Firm |
| 309. | 19-01326 | James, Pierce Lathal II | The Nations Law Firm |
| 310. | 19-01327 | Hudson, Craig Lamar | The Nations Law Firm |
| 311. | 19-01328 | Hoy, Ronald Gary | The Nations Law Firm |
| 312. | 19-01339 | Carrizales, Hipolito | Amaro Law Firm |
| 313. | 19-01353 | Kilpatrick, Cedric D. | Falcon Law Firm; Lindsay & Lindsay P.A. |
| 314. | 19-01355 | McNeil, Michael W. | Falcon Law Firm; Lindsay & Lindsay P.A. |
| 315. | 19-01358 | Paige, John Herbert Jr. | The Nations Law Firm |
| 316. | 19-01360 | Patton, Justin Pierre | The Nations Law Firm |
| 317. | 19-01361 | Raum, Elizabeth Sue | The Nations Law Firm |
| 318. | 19-01363 | Robichaux, David Adam | The Nations Law Firm |
| 319. | 19-01366 | Scarabin, Theodore Mathew | The Nations Law Firm |
| 320. | 19-01367 | Schmidt, Craig Phillip | The Nations Law Firm |
| 321. | 19-01368 | Smith, Ercel Dewayne | The Nations Law Firm |
| 322. | 19-01369 | Smith, Eric Neal | The Nations Law Firm |
| 323. | 19-01370 | Sonnier, Donald Ray | The Nations Law Firm |

|  | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 324. | 19-01371 | Streb, Angela Marie | The Nations Law Firm |
| 325. | 19-01373 | Tran, Hung Phuoc | The Nations Law Firm |
| 326. | 19-01374 | Valley, Lennox Ishmail | The Nations Law Firm |
| 327. | 19-01375 | Verdin, Bernita Dardar | The Nations Law Firm |
| 328. | 19-01376 | Verdin, Britny Nicole | The Nations Law Firm |
| 329. | 19-01378 | Verdin, Kristy Lynn | The Nations Law Firm |
| 330. | 19-01379 | Walker, Aaron | The Nations Law Firm |
| 331. | 19-01381 | Wheeler, Earl McDonald Jr. | The Nations Law Firm |
| 332. | 19-01382 | Young, Ronnie Daniel | The Nations Law Firm |
| 333. | 19-01389 | Battle, Darcel Ragas | The Nations Law Firm |
| 334. | 19-01390 | Blakney, Phil | The Nations Law Firm |
| 335. | 19-01391 | Buckley, Charles Edward | The Nations Law Firm |
| 336. | 19-01392 | Bundy, Denise H. | The Nations Law Firm |
| 337. | 19-01393 | Bussey, Eric Dranent | The Nations Law Firm |
| 338. | 19-01394 | Chauvin, Tyler Joseph | The Nations Law Firm |
| 339. | 19-01395 | Chrisco, Stephen Joseph | The Nations Law Firm |
| 340. | 19-01396 | Cobb, Carmen Ruiz | The Nations Law Firm |
| 341. | 19-01397 | Cologne, Debra Martin | The Nations Law Firm |
| 342. | 19-01398 | Adams, Nicholas Ernest | The Nations Law Firm |
| 343. | 19-01399 | Frazier, Nathan Charles, Sr. | The Nations Law Firm |
| 344. | 19-01403 | Ferriera, Dennis Paul | The Nations Law Firm |
| 345. | 19-01404 | Geraci, Stacey John | The Nations Law Firm |
| 346. | 19-01405 | Jones Jr., Luther Richard | The Nations Law Firm |
| 347. | 19-01406 | Leblanc, Keaton James | The Nations Law Firm |
| 348. | 19-01407 | Levon, Dales Thomas | The Nations Law Firm |
| 349. | 19-01408 | Naquin, Anthony Joseph Jr. | The Nations Law Firm |
| 350. | 19-01409 | Naquin, Michel | The Nations Law Firm |
| 351. | 19-01410 | Ivory, Tangla Lesha | The Nations Law Firm |
| 352. | 19-01428 | Werchan, Jeffrey | The Downs Law Group |
| 353. | 19-01429 | Lugo, Domingo Ruiz | The Downs Law Group |
| 354. | 19-01431 | Lanza, Claudia | The Downs Law Group |
| 355. | 19-01432 | Simpson, Chad | The Downs Law Group |
| 356. | 19-01434 | Martinez Ledezma, Cesar Ivan | The Downs Law Group |
| 357. | 19-01436 | Sorto Munoz, Concepcion | The Downs Law Group |
| 358. | 19-01437 | Subert, Igor | The Downs Law Group |
| 359. | 19-01439 | Turner, Velma Jean | The Downs Law Group |
| 360. | 19-01440 | Wilkerson, Belinda | The Downs Law Group |
| 361. | 19-01447 | Bridgewater, Scott | The Downs Law Group |
| 362. | 19-01451 | Salazar, Leonardo Daniels | The Downs Law Group |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 363. | 19-01452 | Martinez-Vazquez, Nahun Gabriel | The Downs Law Group |
| 364. | 19-01455 | Adams, Christopher Jacob | The Nations Law Firm |
| 365. | 19-01456 | Atwell, Thomas Clarence | The Nations Law Firm |
| 366. | 19-01457 | Creech, Michael Earl | The Nations Law Firm |
| 367. | 19-01459 | Henritzy, Amanda Rene | The Nations Law Firm |
| 368. | 19-01460 | Cosby, Ira Doyle Sr. | The Nations Law Firm |
| 369. | 19-01462 | Picquet III, Eugene Joseph | The Nations Law Firm |
| 370. | 19-01464 | Picou, Randy John | The Nations Law Firm |
| 371. | 19-01466 | Naquin, Sandra Ann | The Nations Law Firm |
| 372. | 19-01467 | Sellers, Charles Len | The Nations Law Firm |
| 373. | 19-01468 | Roberts, Samuel Auguste | The Nations Law Firm |
| 374. | 19-01469 | Punch, Timmy Joseph | The Nations Law Firm |
| 375. | 19-01472 | Presley, James Nicoma | The Nations Law Firm |
| 376. | 19-01475 | Stallworth, Olivia Jean | The Nations Law Firm |
| 377. | 19-01476 | Sowell, Kevin Bernard | The Nations Law Firm |
| 378. | 19-01477 | Soileau Jr., Warren James | The Nations Law Firm |
| 379. | 19-01478 | Shoemaker, Ryan Nicole | The Nations Law Firm |
| 380. | 19-01482 | Snyder Jr., John Richard | The Nations Law Firm |
| 381. | 19-01483 | Sharp, Austin David | The Nations Law Firm |
| 382. | 19-01484 | Rodriguez, Wilfredo Bonilla | The Nations Law Firm |
| 383. | 19-01485 | Portier, Chad Anthony | The Nations Law Firm |
| 384. | 19-01486 | Palmer, Joseph Marcus | The Nations Law Firm |
| 385. | 19-01487 | Nguyen, Hien Vinh | The Nations Law Firm |
| 386. | 19-01488 | Naquin, Tyler Mike | The Nations Law Firm |
| 387. | 19-01489 | Lirette, Ramsey Paul | The Nations Law Firm |
| 388. | 19-01490 | Ladnier, Stephen Anthony | The Nations Law Firm |
| 389. | 19-01491 | Kibodeaux, Susan Elizabeth Heath | The Nations Law Firm |
| 390. | 19-01492 | Strange, Dexter Eugene | The Nations Law Firm |
| 391. | 19-01493 | Tabolt, Keith Ryan | The Nations Law Firm |
| 392. | 19-01498 | Ibarra, Pedro | Amaro Law Firm |
| 393. | 19-01510 | Brown, Carlton Elliott | The Nations Law Firm |
| 394. | 19-01514 | Carmichael, Dearick Lavon | The Nations Law Firm |
| 395. | 19-01515 | Taleton, Zola Marie | The Nations Law Firm |
| 396. | 19-01516 | Verdin, Stacey Lynn | The Nations Law Firm |
| 397. | 19-01517 | Vicknair, Steven Charles | The Nations Law Firm |
| 398. | 19-01518 | Waller, Cynthia Conti | The Nations Law Firm |
| 399. | 19-01520 | Willis, Landon, Jr. | The Nations Law Firm |
| 400. | 19-01521 | Wright, Andrew Allen | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 401. | 19-01523 | English, Marcus Lakeith | The Nations Law Firm |
| 402. | 19-01524 | Early, William Delance | The Nations Law Firm |
| 403. | 19-01525 | Diaz, Donald Lee, Jr. | The Nations Law Firm |
| 404. | 19-01527 | Cooper, Willie, II | The Nations Law Firm |
| 405. | 19-01528 | Matthews, Errjay | The Nations Law Firm |
| 406. | 19-01529 | Lockhart, Bobbie Gene | The Nations Law Firm |
| 407. | 19-01530 | Jenkins, Robert Hosia | The Nations Law Firm |
| 408. | 19-01531 | James, Catherine | The Nations Law Firm |
| 409. | 19-01532 | Francois, Gilbert Carl | The Nations Law Firm |
| 410. | 19-01534 | Quarterman, Rudolph Valentino III | The Nations Law Firm |
| 411. | 19-01535 | Prater, Phillip Ronald | The Nations Law Firm |
| 412. | 19-01537 | Pellegrin Jr., Carl Joseph | The Nations Law Firm |
| 413. | 19-01538 | Neal, Becky Marie | The Nations Law Firm |
| 414. | 19-01539 | McDowell, Beverly | The Nations Law Firm |
| 415. | 19-01559 | Stanfield, Grace Verdin | The Nations Law Firm |
| 416. | 19-01560 | Shepheard, Stephanie Ann | The Nations Law Firm |
| 417. | 19-01561 | Russ, Eddie Charles | The Nations Law Firm |
| 418. | 19-01567 | Wiltz, Whatuganna | Amaro Law Firm |
| 419. | 19-01571 | Simmons, Coronda | The Downs Law Group |
| 420. | 19-01572 | Farmer, Laney | The Downs Law Group |
| 421. | 19-01573 | Cummings, Tamara M. | The Downs Law Group |
| 422. | 19-01574 | Ojeda-Despaigne, Ifrahin | The Downs Law Group |
| 423. | 19-01575 | Calderon, Epifanio | The Downs Law Group |
| 424. | 19-01576 | Franklin, Barry | The Downs Law Group |
| 425. | 19-01577 | Castellanos, Carlos | The Downs Law Group |
| 426. | 19-01578 | Strickland, Rodney | The Downs Law Group |
| 427. | 19-01579 | Estrada, Rony | The Downs Law Group |
| 428. | 19-01580 | Acosta, Benny James | The Nations Law Firm |
| 429. | 19-01581 | Adams, Matthew Paul | The Nations Law Firm |
| 430. | 19-01582 | Alexander, Laderrius A. | The Nations Law Firm |
| 431. | 19-01583 | Alfonso, Jacques Anthony | The Nations Law Firm |
| 432. | 19-01586 | Allen, James Lloyd | The Nations Law Firm |
| 433. | 19-01587 | Allen, Michael David | The Nations Law Firm |
| 434. | 19-01588 | Amrhein, Patricia Susan | The Nations Law Firm |
| 435. | 19-01589 | Biggs, Chasity Lasha | The Nations Law Firm |
| 436. | 19-01590 | Bird, Joshua Anthony | The Nations Law Firm |
| 437. | 19-01591 | Bishop, Vernon Oneal, Jr. | The Nations Law Firm |
| 438. | 19-01593 | Blake, Roger Christopher | The Nations Law Firm |
| 439. | 19-01595 | Bostic, Barry | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 440. | 19-01596 | Brightwell, Jedidiah Wilbon | The Nations Law Firm |
| 441. | 19-01597 | Bruckner, Robert Lee | The Nations Law Firm |
| 442. | 19-01598 | Campbell, Reco Jermaine | The Nations Law Firm |
| 443. | 19-01599 | Chisholm, Alfred Thomas III | The Nations Law Firm |
| 444. | 19-01600 | Christmas, Ronald Lloyd | The Nations Law Firm |
| 445. | 19-01601 | Burnum, Michael Glen | The Nations Law Firm |
| 446. | 19-01603 | Cole, Salathel Romeros | The Nations Law Firm |
| 447. | 19-01617 | Hodges, Lori Nicole | The Nations Law Firm |
| 448. | 19-01618 | Leverett, Bryan Keith | The Nations Law Firm |
| 449. | 19-01619 | Krohn Jr., Stephen Herman | The Nations Law Firm |
| 450. | 19-01620 | Kiefer, Robert Joseph | The Nations Law Firm |
| 451. | 19-01621 | Johnson, Michael Terrand | The Nations Law Firm |
| 452. | 19-01622 | Jenkins, William Roger Jr. | The Nations Law Firm |
| 453. | 19-01623 | Henley, Mary Angela | The Nations Law Firm |
| 454. | 19-01624 | Hampton, Shaun Michael | The Nations Law Firm |
| 455. | 19-01625 | Hall, Xavier Orenthal | The Nations Law Firm |
| 456. | 19-01627 | Gomez, David | The Nations Law Firm |
| 457. | 19-01628 | Furby, Justin Robert | The Nations Law Firm |
| 458. | 19-01629 | Enclade, Travis Sentell | The Nations Law Firm |
| 459. | 19-01630 | Fuller, Dinnettia Sharrel | The Nations Law Firm |
| 460. | 19-01632 | Easley, Jason Len | The Nations Law Firm |
| 461. | 19-01633 | DeMuro, Donald David III | The Nations Law Firm |
| 462. | 19-01634 | Davis, Roderick Dale | The Nations Law Firm |
| 463. | 19-01635 | Davis, Dale Alan | The Nations Law Firm |
| 464. | 19-01638 | Dardar, Isadore Joseph | The Nations Law Firm |
| 465. | 19-01639 | Compton, Bryant Scott | The Nations Law Firm |
| 466. | 19-01641 | Craft, Charles Edward | The Nations Law Firm |
| 467. | 19-01661 | McCreary Jr., Jimmy Lee | The Nations Law Firm |
| 468. | 19-01662 | Matherne, John Robert | The Nations Law Firm |
| 469. | 19-01663 | Marion, Johnnie | The Nations Law Firm |
| 470. | 19-01665 | Mackey, Marilyn Brown | The Nations Law Firm |
| 471. | 19-01667 | Lewis, Thomas Jerome | The Nations Law Firm |
| 472. | 19-01673 | Nelton III, Aaron Joseph | The Nations Law Firm |
| 473. | 19-01674 | Naquin Jr, Roy Antoine | The Nations Law Firm |
| 474. | 19-01676 | Mulhern, Trisha Joy | The Nations Law Firm |
| 475. | 19-01677 | Morrisette, Mario Dontele | The Nations Law Firm |
| 476. | 19-01678 | Morel, Steven Anthony | The Nations Law Firm |
| 477. | 19-01680 | Owens, Lyksha Lynn | The Nations Law Firm |
| 478. | 19-01681 | Paige, Mary Evaughn | The Nations Law Firm |



| | Docket Number | Plaintiff | Plaintiff's Counsel |
|---|---|---|---|
| 479. | 19-01683 | Parnell, Darryl Anthony | The Nations Law Firm |
| 480. | 19-01684 | Pellegrin, Lance Anthony | The Nations Law Firm |
| 481. | 19-01685 | Pellegrin Jr., Randy Paul | The Nations Law Firm |
| 482. | 19-01686 | Pellegrin, Tommy John | The Nations Law Firm |
| 483. | 19-01687 | Porche Jr., Dean Anthony | The Nations Law Firm |
| 484. | 19-01688 | Phan, Chuong Van | The Nations Law Firm |
| 485. | 19-01689 | Pinho, Danny Monroe | The Nations Law Firm |
| 486. | 19-01690 | Rankins II, Booker Terrell | The Nations Law Firm |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 1. | 18-10366 | Bermudez, Francisco Estevan | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 2. | 18-10514 | Johnson, Timothy Tyrone | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 3. | 18-10518 | McCray, Adrian Tyrone | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 4. | 18-10567 | Davison, Darlene Bingham | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 5. | 18-10569 | Eaton, John Russell II | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 6. | 18-10628 | Miller, Bille Fred III | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 7. | 18-10647 | Hornsby, Joseph Randall | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 8. | 18-10790 | King, Everett Darnell | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |

|     | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|-----|---------------|-----------|---------------------|------------|
| 9.  | 18-10842 | McNeal, Robert Leveal | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 10. | 18-10844 | Owens, Aletha Virgin | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 11. | 18-10907 | Greenfield, Rafeal | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 12. | 18-11175 | Anderson, Rahsaan Gerald | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 13. | 18-11465 | Rapalo-Garcia, Marvin Soloman | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 14. | 18-11791 | Cox, Rodney Joseph | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 15. | 18-11812 | Funez-Meraz, Dinora Suyapa | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 16. | 18-11828 | Johnson, Samuel Jr. | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 17. | 18-12110 | Moore, Steven Andrew | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 18. | 18-13473 | Brown, Marvin Antwain | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 19. | 18-13478 | King, Vincent Anquawn | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 20. | 18-13482 | Livingston, Jamil Marquis | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 21. | 18-13500 | Moreno, Celia | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 22. | 18-13612 | Pidgeon, John Demond | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |



| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 23. | 18-13697 | Brown, Lewis | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 24. | 18-13704 | Leath, Joseph Lanare | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 25. | 18-13808 | Epps, Willie Waddel, III | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 26. | 18-13970 | King, Robert Dale | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 27. | 18-13978 | Minor, Veronica Valencia | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 28. | 18-14001 | Johnston, Robert Harold, Jr. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 29. | 18-14026 | Smith, Alfonza, Sr. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 30. | 18-14233 | Williams, Patricia A. | The Nations Law Firm | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 31. | 18-14287 | Montenegro, Nelvin P. | The Downs Law Group | Failure to provide wet ink signatures and/or initials; signature and/or initials copied and pasted |
| 32. | 19-00602 | Cobb, Bartow J. | Falcon Law Firm; Lindsay & Lindsay P.A. | Employment authorization missing valid date |
| 33. | 19-00876 | Abbott, Jackie Carl Sr. | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 34. | 19-00878 | Adams, Bettye Delores | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 35. | 19-00883 | Alexander, Lethaniel, Jr. | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 36. | 19-00893 | Allison, John Robert | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 37. | 19-00897 | Armstrong, Jeffrey Jerome | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 38. | 19-00915 | Barfield, Dennis James | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 39. | 19-00931 | Bridges, Mariah Nandia | The Nations Law Firm | Missing Rule 26(a) Disclosures |



| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 40. | 19-00935 | Brown, Tonya Bernae | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 41. | 19-00937 | Bunn, Melissa Rena | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 42. | 19-00946 | Charley, Gabe Willie III | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 43. | 19-00949 | Clark, Bennie Lee | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 44. | 19-00950 | Colville, Samuel Lloyd | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 45. | 19-00973 | Reynolds, Lutha Demon | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 46. | 19-01021 | Burnett, Renee Indias | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 47. | 19-01023 | Dorsey, Arthur Lee | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 48. | 19-01037 | Gaines, Crystal Lavonne | The Nations Law Firm | Missing Rule 26(a) Disclosures; missing signed PPF and authorizations |
| 49. | 19-01046 | Greene, Kenneth Randell | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 50. | 19-01056 | Jacquet, Chad Steven | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 51. | 19-01077 | Jordan, Douglas Dwayne  Jr. | The Nations Law Firm | Missing Rule 26(a) Disclosures; missing medical records |
| 52. | 19-01082 | Knight, Cornelius Jerel | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 53. | 19-01086 | Overstreet, Anthony | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 54. | 19-01087 | Paige, Johnny | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 55. | 19-01095 | Lynch, Cara Darnett | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 56. | 19-01097 | Malunga, Anziisi Gogo | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 57. | 19-01098 | Marquez, Mario | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 58. | 19-01105 | Sessions, Dorothy Wodford | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 59. | 19-01115 | Whitfield, Cleveland Sylvester | The Nations Law Firm | Missing Rule 26(a) Disclosures |

| | Docket Number | Plaintiff | Plaintiff's Counsel | Deficiency |
|---|---|---|---|---|
| 60. | 19-01117 | West, William Gary | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 61. | 19-01119 | Watson, Leeanna Ernesta | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 62. | 19-01127 | Thomas, Willie Lewis | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 63. | 19-01136 | Taylor Jr., Shedrick Lorenzo | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 64. | 19-01249 | Bass, Rodney Lee | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 65. | 19-01314 | McGee, Paul Edward | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 66. | 19-01320 | Knight Reed, Natasha Nannette | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 67. | 19-01380 | Ward, Brittany Wykima | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 68. | 19-01388 | Albritton, Anthonette Denise | The Nations Law Firm | Missing Rule 26(a) Disclosures; employment authorization lists incorrect name |
| 69. | 19-01458 | Hay, Nicholas Earl | The Nations Law Firm | Missing Rule 26(a) Disclosures |
| 70. | 19-01465 | Nguyen, Ricky Van | The Nations Law Firm | Missing signed PPF and authorizations; missing Rule 26(a) Disclosures |
| 71. | 19-01526 | Colletti, Joseph Marion | The Nations Law Firm | Missing signed PPF and authorizations; missing Rule 26(a) Disclosures |
| 72. | 19-01602 | Clark, Joshua Michael | The Nations Law Firm | Missing Rule 26(a) Disclosures |